UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JONATHAN C.B.,

                               Petitioner,

v.

PAMELA BONDI, *United States Attorney General*;

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and

RYAN SHEA, *Sheriff of Freeborn County, Minnesota*,

                               Respondents.

Civil No. 26-507 (JRT/LIB)

**MEMORANDUM OPINION AND ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

---

Isabelle Plunkett, Marc Prokosch, **PROKOSCH LAW LLC**, 1700 West Highway 36, Suite 570, Roseville, MN 55113, for Petitioner.

Ana H. Voss, Jesus Cruz Rodriguez, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for Respondents.

Petitioner Jonathan C.B. is a citizen of Colombia. He was arrested and detained by United States Immigration and Customs Enforcement ("ICE") on December 30, 2025. He

filed a petition for a writ of habeas corpus on January 21, 2026, arguing that he is being detained unlawfully. Because the Court concludes that Petitioner's detention is unlawful, the Court will grant the petition for habeas corpus and order that he be released immediately. The Court will also order that, if Respondents have transported Petitioner outside of Minnesota, Respondents must return him to Minnesota prior to his release.

## BACKGROUND

Petitioner is a citizen of Colombia who has been present in the United States since 2023. (Verified Pet. Writ Habeas Corpus ("Pet.") ¶ 2, Jan. 21, 2026, Docket No. 1.) When Petitioner entered the United States, he was detained and released on his own recognizance. (*Id.* ¶ 2.) He was subsequently served with a Notice to Appear and placed in removal proceedings. (*Id.* ¶ 3.) Petitioner filed a timely application for asylum, which remains pending. (*Id.*)

On the morning of December 30, 2025, Petitioner dropped his three-year-old daughter off at daycare. (*Id.* ¶ 5.) Immediately after the drop-off, Petitioner "had sat back down in his car to go to work when ICE agents began tapping on his car window." (*Id.*) Petitioner "was pulled out of his car, patted down, and promptly detained." (*Id.* ¶ 6.) None of the four officers who arrested Petitioner offered any reason for his arrest. (*Id.*)

## DISCUSSION

Respondents argue that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). However, the Court has repeatedly rejected the Government's asserted basis for detaining individuals similarly situated to Petitioner under § 1225. *See,*

*e.g.*, *Herrera Avila v. Bondi*, No. 25-3741, 2025 WL 2976539 (D. Minn. Oct. 21, 2025), *Romero Santuario v. Bondi*, No. 25-4296, 2025 WL 3469577 (D. Minn, Dec. 2, 2025). The factual record before the Court shows that Jonathan C.B. was arrested while already in the United States. For the same reasons articulated in *Herrera Avila* and *Romero Santuario*, the Court concludes that it possesses jurisdiction over this petition, and that Jonathan C.B.'s detention is not authorized by § 1225(b)(2).[1]

The Court therefore turns to the proper remedy. Where, as here, (1) Respondents erroneously assert that a detainee is being held pursuant to § 1225(b)(2); and (2) Respondents have not produced a warrant, as is required to effectuate an arrest pursuant to § 1226(a)—indeed, Respondents have failed to produce any documentation supporting Petitioner's detention—the appropriate remedy is release from custody. *See, e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026); *Lauro M. v. Bondi*, No. 26-134, 2026 WL 115022, at *3 (D. Minn. Jan. 15, 2026); *cf. Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("Habeas is at its core a remedy for unlawful executive detention. . . . The typical remedy for such detention is, of course, release.").

---

[1] Moreover, while Petitioner challenges his detention on several grounds, including his right to Due Process under the Fifth Amendment, Respondents do not offer any argument rebutting these claims. Accordingly, the Court concludes that Respondents have arrested and detained Petitioner unlawfully.

The Court will grant the petition for writ of habeas corpus. The Court will order that Petitioner be immediately released from custody, and that if he is detained outside of the District of Minnesota, he must first be returned to Minnesota prior to his release.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner Jonathan C.B.'s Verified Petition for Writ of Habeas Corpus (Docket No. [1]) is **GRANTED**, as follows:

    a. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

    b. If Petitioner is being detained in Minnesota, Respondents shall **RELEASE** Petitioner from custody as soon as practicable, and **no later than 48 hours from the filing of this Order**.

    c. If Petitioner has been transferred out of the District of Minnesota, Respondents shall immediately **TRANSPORT** Petitioner to Minnesota, and then **RELEASE** Petitioner from custody **no later than 48 hours after the filing of this Order**.

    d. Given the severe weather conditions in Minnesota, Respondents are **ORDERED** to coordinate with Petitioner's counsel to ensure that upon Petitioner's release, they are not left outside in dangerous cold. It is preferable to release Petitioner to counsel to ensure humane treatment.

e.  Respondents must release Petitioner with all personal documents, such as driver's licenses, passports, or immigration documents, and without conditions such as location tracking devices.

f.  The parties shall provide the Court with a status update concerning the status of Petitioner's release by **no later than 5:00 p.m. on February 2, 2026**. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

DATED: January 29, 2026                            \_\_\_\_\_/s/ John R. Tunheim_____  
at Minneapolis, Minnesota                         JOHN R. TUNHEIM  
at 5:29 PM                                        United States District Judge