# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonathan Ceballos Balta,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Ryan Shea,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-507 JRT/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court has been informed that the Petitioner has been released, consistent with the Court's Order (Docket No 9 ). This matter may therefore be closed.

Date: 2/2/2026

KATE M. FOGARTY, CLERK